UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
LOGAN WILLIAMS,

                                                Plaintiff,            Case No. 20-cv-07783 (JGK)

        - against -

                                                  **NOTICE OF APPEARANCE**

MARATHON CAPITAL OF ILLINOIS, LLC d/b/a
MARATHON CAPITAL, LLC, TED BRANDT, CHUCK
HINCKLEY and PHILIPPE LAVERTU,

                                             Defendants.
---------------------------------------------------------------------X

        **PLEASE TAKE NOTICE,** that Peter T. Shapiro, Esq. of Lewis Brisbois Bisgaard & Smith LLP hereby appears as co-counsel for Defendant Charles C. Hinckley, III and requests that all papers be served upon him and all communications herein be directed to him.

Dated:  New York, New York
           November 20, 2020

                                                    **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                     BY:      /s/ Peter T. Shapiro
                                                   Peter T. Shapiro
                                                   *Co-counsel for Defendant Charles C. Hinckley, III*
                                                   77 Water Street, Suite 2100
                                                   New York, NY  10005
                                                   (212) 232-1300
                                                   Peter.Shapiro@lewisbrisbois.com

## **CERTIFICATE OF SERVICE**

Peter T. Shapiro, an attorney duly admitted to practice before this Court, certifies that on November 20, 2020 he caused his Notice of Appearance to be filed and served by ECF.

   /s/ Peter T. Shapiro   
Peter T. Shapiro
