UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

LOGAN WILLIAMS,

                        **Plaintiff,**

        - against -

MARATHON CAPITAL OF ILLINOIS, LLC,
d/b/a/ MARATHON CAPITAL, LLC, TED
BRANDT, CHUCK HINCKLEY, AND PHILIPPE
LAVERTU,

                       **Defendants.**
_____

20-cv-7783 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should identify the citizenship of each defendant.  For defendant Marathon Capital of Illinois, LLC, the parties should identify the citizenship of each of the members of the LLC, including, if any member is an LLC, the citizenship of each member of that LLC, and, if the member is a corporation, the state of incorporation and principle place of business of each such corporation.

    The information should be provided to the Court by March 30, 2021.

SO ORDERED.

Dated:    New York, New York
           March 23, 2021           _____ /s/ John G. Koeltl ____
                                      John G. Koeltl
                          United States District Judge