UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

LOGAN WILLIAMS,

                            Plaintiff,

                    -against-

MARATHON CAPITAL OF ILLINOIS, LLC, d/b/a       Case No.: 1:20-cv-07783-JGK
MARATHON CAPITAL, LLC, TED BRANDT,
CHUCK HINCKLEY AND PHILLIPPE LAVERTU,

                          Defendants.
----------------------------------------------------------------x

## STIPULATION

WHEREAS, counsel for Marathon Capital, LLC represents that as of the date of the filing of the Complaint in this action on September 22, 2020, three members of Marathon Capital LLC (sued herein as Marathon Capital of Illinois, LLC), each with an ownership interest of less than 1%, were citizens of New York State, the same state of citizenship of Plaintiff as stated in Paragraph 15 of the Complaint;

IT IS STIPULATED AND AGREED, by and among counsel for the Parties, who are authorized to execute this Stipulation on behalf of their respective clients, that the above action is hereby dismissed, without prejudice and without costs to any party.

WIGDOR LLP
85 Fifth Avenue, 5th Floor
New York, NY 10003

_____
Michael J. Willemin
*Attorneys for Plaintiff*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-5-2021
```

JACKSON LEWIS P.C.
44 South Broadway, 14th Floor
White Plains, New York 10601

_/s/_

Greg Riolo, Wendy Mellk
*ATTORNEYS FOR DEFENDANTS*
*Marathon Capital LLC, Ted Brandt*
*and Phillippe Lavertu*

GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166

*Jonathan L. Sulds /s/*

Jonathan L. Sulds
*ATTORNEYS FOR DEFENDANTS*
*Ted Brandt and Phillippe Lavertu*

LEWIS BRISBOIS BISGAARD & SMITH LLP
77 Water Street, Suite 2100
New York, New York, 10005

and

Phillip J. Kessler
HOFFMAN & KESSLER LLP
1270 Avenue of the Americas, Suite 301
New York, New York 10020

*Peter T. Shapiro /s/*

Peter T. Shapiro
*ATTORNEYS FOR DEFENDANT*
Charles C. Hinckley, III

So Ordered,

_/s/ John G. Koeltl_
Honorable John G. Koeltl
United District Court Judge
4/5/21

The Clerk is directed to close this case. So ordered.
/s/ John G. Koeltl
4/5/21   U.S.D.J.