# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Randy M. Mastro
Direct: +1 212.351.3825
Fax: +1 212.351.5219
RMastro@gibsondunn.com

May 17, 2018

VIA ECF AND E-MAIL (sullivannysdchambers@nysd.uscourts.gov)

Hon. Richard J. Sullivan
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:     *Oakley v. Dolan,* et al., 17-cv-6903 (RJS)

Dear Judge Sullivan:

I write on behalf of Defendants in response to Plaintiff's counsel's letter, dated May 17, 2018 (Dkt. No. 47), requesting five additional pages (for a total of 45 pages) to respond to our motion to dismiss. As the email chain Plaintiff's counsel attached to their letter reflects, we consented to their request. We simply asked that they not repeat their characterizations of our brief, which we believe to be inaccurate in material respects. They ask for five additional pages for their opposition brief, which is more than the formatting issues they raise warrant, but we also appreciate that they have to respond to the many grounds on which we have moved for dismissal here. Therefore, while we regret the Court has been burdened with this at all, we consent to Plaintiff's counsel's request for five additional pages.

Respectfully,

*/s/ Randy M. Mastro*
Randy M. Mastro

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.